USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: ROLAND J. DE FRIES | COURT CASE NUMBER: 3:20-CV-01882-MPS |
| DEFENDANT: WELLS-FARGO BANK N.A. | TYPE OF PROCESS: COMPLAINT, NOTICE AND WAIVER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEJLA AHMETOVIC, WELLS FARGO BANK N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
18 MAIN STREET, EAST HARTFORD, CT 06118

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
ROLAND J. DE FRIES
482 FORT WASHINGTON AVE.
APT. 1C
NEW YORK, NY 10033

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

MAY 24

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (646) 537-5294
DATE: 05-19-21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 14
District to Serve No.: 14
Signature of Authorized USMS Deputy or Clerk
Date: 05/27/2021

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Signed for by R. Rich

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 6/1/2021  Time: 11:38 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
served by certified/registered mail.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



TRACK ANOTHER SHIPMENT

773846336225

ADD NICKNAME

  

# Delivered
## Tuesday, June 1, 2021 at 11:38 am

**DELIVERED**
Signed for by: R.RICH

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Jennifer Chiappone | Sejla Ahmetovic |
| 141 church street | Wells Fargo Bank N.A. |
| Mezzanine | |
| New Haven, CT US 06510 | 18 Main St. |
| 203-773-2107 | EAST HARTFORD, CT US 06118 |
| | 203-773-2107 |

## Travel History

TIME ZONE
Local Scan Time 

**Tuesday, June 1, 2021**

| 11:38 AM | EAST HARTFORD, CT | Delivered |
| 6:02 AM | WINDSOR, CT | On FedEx vehicle for delivery |
| 5:54 AM | WINDSOR, CT | At local FedEx facility |

**Saturday, May 29, 2021**

| 6:58 AM | WINDSOR, CT | At local FedEx facility |

**Friday, May 28, 2021**

| 4:49 AM | MIDDLETOWN, CT | Departed FedEx hub |
| 3:49 AM | MIDDLETOWN, CT | Arrived at FedEx hub |

**Thursday, May 27, 2021**

| 8:20 PM | EAST GRANBY, CT | At destination sort facility |
| 7:25 PM | NORTH HAVEN, CT | Left FedEx origin facility |

| 6:02 PM | NORTH HAVEN, CT | Picked up |
| 1:32 PM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
773846336225

**SERVICE**
FedEx Express Saver

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Shipping/Receiving

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
3:20-CV-01882-MPS

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
5/27/21

**STANDARD TRANSIT**
6/2/21 before 4:30 pm

**ACTUAL DELIVERY**
6/1/21 at 11:38 am