# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Roland de Fries
Name of Plaintiff/Petitioner

        v.                          Case No. 3:20-cv-01882-MPS

Wells Fargo Bank N.A.
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Roland de Fries

    Your present mailing address: 482 Fort Washington Avenue, Apt. 1C
    New York, NY 10033

    Telephone number: (646) 537-5294

2. Are you presently employed? YES ____ NO  X

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

    Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.  June 2016, CUNY City University of New York

$ 64/hr ~$ 512/wk (avg 8 semester hours /wk)

Date last worked: June 2016

Weekly earnings: $ 512.00

5. * Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? None    *see also: sep. sheet*

   b) interest, dividends, rents or investments of any kind? None

   c) gifts or inheritances of any kind? None

6. How much money do you have in any checking or savings account(s)?

   Checking: $ 303.87

   Savings: $ 6.03

   Prison account: N/A

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?  YES ___  NO  X

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? I owe approx. $ 430.000 for the house I lost to the bank

   See also: In forma pauperis application, granted in 05/11/2021 (ECF 17)

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                          AMOUNT OWED

I am 100% disabled and have been on public assistance since a no-fault accident in June 2016. I have been receiving HRA benefits and food stamps and rent assistance ($215/mth) and Medicaid since 06/2016.

I owe approx. $150.000 to various credit card co's and lenders due to my 2014 divorce.

9. List the persons who depend upon you for support, and state your relationship to them.  If any person is a minor child, identify that person by initials only.

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES _____  NO  X

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

    I have not been able to return to work due to my 100% disability following a severe motor-vehicle accident (various physical and cognitive issues)

    I was granted to proceed in forma pauperis (ECF #17; 05/11/2021)

Rev. 2/3/05                                3

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.  I am seeking relief from Wells Fargo Bank N.A.
for extensive material damages and loss of valuables and life possessions,
physical and emotional distress, as described in my original complaint,
filed with this court (ECF #2; 12/02/2021)

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?   YES  X    NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  Martocchio & Oliveiro LLC, Southington CT

   Date you contacted this attorney  11/15/2021

   Method of contact (in person, by telephone, etc.)  Phone: 860-621-9700
   Described nature of case, inquired about contingency, provided case number for additional details

   Reason why attorney was not employed to handle your case
I did not get specific feedback as to why however, I believe that the firm is not interested in taking on contingency assignments.

   b) Attorney's name   Beck & Eldergill P.C., Manchester CT

   Date you contacted this attorney  11/15/2021

   Method of contact (in person, by telephone, etc.)  By phone: 860-646-5606
   Described nature of case, inquired about contingency, provided case number for additional details

Reason why attorney was not employed to handle your case _____

I did not get specific feedback as to why however, I believe that the firm is not interested in taking on contingency assignments.

c) Attorney's name  Ciulla & Donofrio LLP, North Haven CT

Date you contacted this attorney  11/15/2021

Method of contact (in person, by telephone, etc.)  By phone: 203-239-9828
Described nature of case, inquired about contingency, provided case number for additional details

Reason why attorney was not employed to handle your case _____

I did not get specific feedback as to why however, I believe that the firm is simply not interested in the assignments.

15. Explain any other efforts you have made to obtain an attorney to handle your case.

    Various other efforts have been made to hire a lawyer or law firm on a contingency basis, ~~including:~~

    a) Boris Kogan & Assoc. PC. 277 Broadway, NY, several phone calls: 212-625-8910
    Described nature of case, inquired about contingency, provided case number for additional details; Mr. Kogan refered the following colleague to me:
    b) Avrohom Sebrow, P.C. several phone calls in 2020, 2021 and as recent as this week on 11/19/21: Described nature of case, inquired about contingency, provided case number for additional details; Doesn't practice law in CT
    c) please see also: Additional information on separate sheet

16. Please provide any other information which supports your application for the court to appoint counsel.  My case has merit and is not frivolous

Initial review Order (ECF #18; 05/11/2020) found that complaint has merit and permitted the Complaint to proceed to service.

I am unable to hire an attorney due to my current financial circumstance however, I am willing to enter into a contingency agreement with any court appointed counselor or law firm.
(See also: Additional information on separate page)

17. Do you need a lawyer who speaks a language other than English?
    YES \_\_\_\_   NO  X

Rev. 2/3/05                                        5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| 11/20/2021 | _[signature]_ |
|---|---|
| Date | Original Signature of Movant |
| | Roland de Fries |
| | 482 Fort Washington Avenue, Apt. 1C |
| | New York, NY 10033 |
| | Phone: 646-537-5294 |
| | Printed Name and Address of Movant |

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                            6

(List all defendants or counsel for defendants with address and date mailed.)

| |
|---|
| Wells Fargo Bank N.A. (Defendant) |
| Counselor/Lawyer on file: |
| Sean R. Higgins |
| K&L Gates LLP |
| State Street Financial Center |
| One Lincoln Street |
| Boston, MA 02111 |
| |
| via email on 11/20/2021: |
| sean.higgins@klgates.com |

                                        Original Signature of Movant

                                        (Roland de Fries)

*Roland de Fries (Plaintiff) / Case No. 3:20-cv-01882-MPS* pg1/2

*Motion for Appointment of Counsel: Additional Information Sheet (Re: Questions 5, 15, 16, 17)*

ad 5) I suffered severe injuries from a no-fault motor-vehicle accident on June 19, 2016. As a result, having been diagnosed with various physical and cognitive disabilities, I have been unable to return to work. I have been on public assistance since the date of my accident (Medicaid, Food Stamps, Rent and cash assistance). Please see my previous <u>Motion to proceed in forma pauperis</u>, granted on 05/11/2021 (ECF #17; 05/17/2021)

ad 15) In addition to the five lawyers and law firms I have spoken to in my efforts to find representation, I have contacted and spoken with every single law clinic provided for Pro-Se litigants by this court, to no avail. The law clinics and individuals I contacted and spoken with include:

  a) University of Connecticut, School of Law, 866-384-6171 on 10/04/21;
  b) Community Law Centre of CT, 866-570-5400 on 10/04/21;
  c) Connecticut Legal Services Hotline on 10/04/21;
  d) New Haven County Bar Association, 203-562-5750 on 10/04/21;
  e) Yale University Law School (Civil Rights Clinic), 203-403-4992 and 203-403-7640 on 10/04/21

Neither of the above conversations resulted in a single useful recommendation or name/contact, most certainly in parts due to current pandemic related restrictions, understaffed offices etc.

ad 16) In the Initial Review Order, ordered on May 11, 2021, Magistrate judge the Hon. Sarah A. L. Merriam found the original complaint was not frivolous and had enough merit to proceed to service of process. This, and the following quote from THIS Motion form, page 6: *"If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed."* is precisely why I am asking for appointment of counsel:

*Roland de Fries (Plaintiff) / Case No. 3:20-cv-01882-MPS*                                                                                          pg2/2

*Motion for Appointment of Counsel: Additional Information Sheet (Re: Questions 5, 15, 16, 17)*

At this point I am at a loss whether service of process has been made or not, the Defendant in their Motion to Dismiss seems to be under the impression that *"no proper service has been made on Wells Fargo."* Since the original package for service by the US Marshall in May 2021 (ECF 20; 05/26/21), I have filed a Motion to request Service of Summons (ECF 32; 10/26/21), and also responded to the Defendant's Motion to Dismiss (ECF 29; 10/05/21); Furthermore, I have used the time since to identify a law firm or individual counselor willing to take on the assignment on a consignment basis, to no avail, and as described in detail herein (see ad.13-15).

The quoted complaint from this very Motion form, on page 6, serves well to illustrate my confusion: This Motion is being filed AFTER the original Complaint was filed, however, the Defendant is claiming that they have NOT been served, YET the Defendant has hired a law firm to appear on their behalf. My motion requesting service of summons has not been addressed and I simply do not know at this point whether it is sufficient to serve the Defendant's counselor by simply emailing a copy of this motion (the defendant's counselor has be adamant to point out my various inaccuracies at any given moment) or whether full service (through the clerk's office and by assigning the US Marshall, due to my status of proceeding in forma pauperis?) to process service of this motion will be required.

I am humbly asking the court to 'make reasonable allowances' based on the finding of the initial court review order (ECF 18) that the complaint and allegations are cognizable and non-frivolous and that a pro-se litigant's allegations should be reviewed based on 'plausible on-its-face' merit. However, and maybe most importantly, <u>proper representation will warrant proper procedure and a swift process.</u>


ad 17) I desire to enter into a contingency-based agreement with a court appointed attorney: Mainly due to limitations resulting from my disability, I am overwhelmed to approach this case and the necessary learning and steps for the duration of this case on my own. I am therefore most grateful for any court appointed counsel who can appear on my behalf with the necessary steps/procedures, based on the vast amount of documentation and proof that I am holding in support of my complaint.


*(End of document)*